IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, ANGELA BAKER, and | ) | ORDER |
| ANTHONY DESANTI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 07, 2005, file their Report of Parties' Planning Conference.

DATED September 20, 2005.

 /s/   David L. Piester
United States Magistrate Judge