```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, ANGELA | ) | ORDER |
| BAKER and ANTHONY DESANTI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the conference with counsel held this date pursuant to Fed. R. Civ. P. 16, the fact that one of the defendants is in the military and deployed in Iraq was discussed. It was agreed that the planning conference should be delayed until counsel have had an opportunity to decide whether the case should be stayed in its entirety or on some limited basis and whether mediation can occur without the defendant's presence. Accordingly,

IT IS ORDERED, the planning conference is continued to February 1, 2006 at 1:30 pm.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge