```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, in his individual and official capacities, ANGELA BAKER, in her individual and official capacities, and ANTHONY DeSANTI, in his individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The motion to withdraw filed by Thomas Mumgaard, filing 22, is granted and Mr. Mumgaard's appearance for defendant Halbleib only is withdrawn. Mr. Mumgaard will remain as counsel of record for defendants Baker and DeSanti.

2. The Rule 26 telephone planning conference that was set for this date is continued to March 10, 2006 at 10:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge