```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

DELRESA A. MYERS,              )
                               )
          Plaintiff,           )         4:05CV3219
                               )
     v.                        )
                               )
MICHAEL HALBLEIB, ANGELA       )           ORDER
BAKER and ANTHONY DESANTI,     )
                               )
          Defendants.          )
                               )
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 14th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge