IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, ANGELA BAKER, and ANTHONY DESANTI, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 25) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters, and remains assigned to District Judge Richard G. Kopf for disposition.

DATED this 14th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge