IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DELRESA A. MYERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL HALBLEIB,** | ) | |
| **ANGELA BAKER and** | ) | |
| **ANTHONY DeSANTI,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Stay Proceedings (Filing No. 20). The defendants seek to stay all proceedings until the defendant Angela Baker returns from active military duty pursuant to provisions of the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, *et seq*. The defendants expect Angela Baker to return some time after July, 2006. **See** Filing No. 20, Exhibit 1. The plaintiff did not file any opposition to the motion. The defendants have complied with the requirements of the Act. **See** 50 App. U.S.C. § 522(b)(2). Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion to Stay Proceedings (Filing No. 20) is granted.

2. The case shall be stayed and the planning conference, scheduled for March 10, 2006, is continued until further order of this court.

3. Counsel shall file a joint status report concerning the status of this case on **July 28, 2006**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 22nd day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge