```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

DELRESA A. MYERS,                    )
                                     )
              Plaintiff,             )         4:05CV3219
                                     )
     v.                              )
                                     )
MICHAEL HALBLEIB, in his             )         ORDER
individual and official              )
capacities, ANGELA BAKER, in         )
her individual and official          )
capacities, and ANTHONY              )
DESANTI, in his individual           )
and official capacities,             )
                                     )
              Defendants.            )
                                     )
```

     This case has been reassigned to the undersigned for judicial supervision and processing of all pretrial matters.

     IT THEREFORE HEREBY IS ORDERED,

     The pretrial conference that is set for June 8, 2007 at 2:00 p.m. will be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial remains as previously set on July 9, 2007 before the Honorable Richard G. Kopf.

     DATED this 6th day of February, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge