IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, in his individual and official capacities, ANGELA BAKER, in her individual and official capacities, and ANTHONY DESANTI, in his individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

   The plaintiff's unopposed oral motion to re-schedule the pretrial conference is granted.  The pretrial conference, previously scheduled for June 8, 2007, will be held before the undersigned on May 24, 2007 at 11:00 a.m.


   DATED this 6th day of February, 2007.


                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge