IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DELRESA A. MYERS,                    )
                                     )
            Plaintiff,               )            4:05CV3219
                                     )
      v.                             )
                                     )
MICHAEL HALBLEIB, in his             )            ORDER
individual and official              )
capacities, ANGELA BAKER, in         )
her individual and official          )
capacities, and ANTHONY              )
DESANTI, in his individual           )
and official capacities,             )
                                     )
            Defendants.              )
                                     )

      IT IS ORDERED:

      The motion of Douglas J. Peterson, filing 42, to withdraw as

counsel for defendant Michael Halbleib is granted.

      DATED this 21st day of February, 2007.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge