IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HALBLEIB, in his individual and official capacities, ANGELA BAKER, in her individual and official capacities, and ANTHONY DESANTI, in his individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint motion to continue pretrial conference, filing 57, is granted **in part.** The pretrial conference is continued from May 24 to June 7, 2007 at 11:00 a.m. before the undersigned in chambers, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 22nd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge