IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3219 |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| MICHAEL HALBLEIB, in his | ) | ORDER |
| individual and official | ) | |
| capacities, ANGELA BAKER, in | ) | |
| her individual and official | ) | |
| capacities, and ANTHONY | ) | |
| DESANTI, in his individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The parties' joint motion to continue pretrial conference, filing 57, is granted **in part.** The pretrial conference is continued from May 24 to June 7, 2007 at 11:00 a.m. before the undersigned in chambers, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Trial remains set for July 9, 2007.

DATED this 22nd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge