IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELRESA A. MYERS, | ) | 4:05CV3219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL HALBLEIB, in his | ) | |
| individual and official capacities, | ) | |
| ANGELA BAKER, in her individual | ) | |
| and official capacities, and | ) | |
| ANTHONY DeSANTI, in his official | ) | |
| and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendants' motion in limine (filing 61). For the reasons stated in Defendants' brief (filing 62), the motion will be granted.

Accordingly,

IT IS ORDERED:

1. The motion in filing 61 is granted;

2. Plaintiff is prohibited from from using or referring to in any manner whatsoever at trial of this action, directly or indirectly, to any of the the following items:

   a. Discipline received by any of the Defendants or imposed on any of the Defendants by the Omaha Police Department for any

        conduct during their encounter with Plaintiff or any other person on any other occasion;

    b.    Complaints made to the Omaha Police Department by Plaintiff or other persons concerning conduct of any of the Defendants or other witnesses during their encounter with Plaintiff or with any other person on any other occasion; and

    c.    Investigation of any Defendant's conduct by the Omaha Police Department or the results of any such investigation; and

3.    Plaintiff's counsel shall instruct his witnesses to comply with this order.

June 19, 2007                          BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge