IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DELRESA A. MYERS,            )<br>                              )<br>          Plaintiff,      )<br>                              )<br>vs.                           )<br>                              )<br>MICHAEL HALBLEIB, ANGELA  )<br>BAKER, ANTHONY DESANTI,   )<br>                              )<br>          Defendant.     )   | Case No. 4:05CV3219<br><br>ORDER TO WITHDRAW<br>       EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Jury Trial held on 8/13 through 8/16/07

Plaintiff's Exhibit 2 (Exhibit 1 was returned to file as an attachment to Pleading #41 in support of plaintiff's motion for summary judgment)

Defendants' Exhibit 102

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 17th day of August, 2007.

s/ *Richard G. Kopf*
United States District Judge